Jonathan Zavin (JZ-1846)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000
Attorneys for Plaintiffs

[FILED STAMP: JAN 02 2008 U.S.D.C. S.D.N.Y. CASHIERS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNIVERSAL CITY STUDIOS PRODUCTIONS :
LLLP, a Delaware limited liability limited
partnership; and TWENTIETH CENTURY FOX :
FILM CORPORATION, a Delaware corporation, :
                                                              :   Civil Action No.: **08 CV 0010**
                          Plaintiffs,                         :
                                                              :   **JUDGE CONNER**
            -against-                                         :
                                                              :
GIL SANABRIA, an individual,                                  :   **COMPLAINT FOR COPYRIGHT**
                                                              :   **INFRINGEMENT**
                          Defendant.                          :
------------------------------------------------------------x

Plaintiffs, by their attorneys, for their complaint against Gil Sanabria ("Defendant"), allege:

## JURISDICTION AND VENUE

1.  This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.  This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.  This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a), because Defendant resides in this District and the acts of infringement complained of herein originated in this District.

## PARTIES

4.  Plaintiffs Universal City Studios Productions LLLP and Twentieth Century Fox Film Corporation (collectively, the "Plaintiffs") are among the world's leading creators and distributors of motion pictures. Plaintiffs bring this action to stop Defendant from copying and distributing to others over the Internet unauthorized copies of the Plaintiffs' copyrighted motion pictures. Defendant's infringements allow Defendant and others to unlawfully obtain and distribute for free unauthorized copyrighted works that the Plaintiffs spend millions of dollars to create and/or distribute. Each time Defendant unlawfully distributes a free copy of one of the Plaintiffs' copyrighted motion pictures to others over the Internet, each person who copies that motion picture can then distribute that unlawful copy to others without any significant degradation in sound and picture quality. Thus, Defendant's distribution of even one unlawful copy of a motion picture can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. The Plaintiffs now seek redress for this rampant infringement of their exclusive rights.

5.  Plaintiff Universal City Studios Productions LLLP is a Delaware limited liability limited partnership, with its principal place of business at 100 Universal City Plaza, Universal City, California. Universal City Studios Productions LLLP ("Universal") is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Universal is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those identified in Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

6.  Plaintiff Twentieth Century Fox Film Corporation is a Delaware corporation, with its principal place of business at 10201 West Pico Boulevard, Los Angeles, California. Twentieth Century Fox Film Corporation ("Fox") is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Fox is the owner of the copyrights and/or the pertinent exclusive rights under

2

copyright in the United States in motion pictures, including those identified in Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

7. Upon information and belief, Defendant, an individual, resides in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

8. The Plaintiffs are responsible for the creation, development, production and distribution of numerous commercially released motion pictures.

9. At all relevant times the Plaintiffs have been the holders of the pertinent exclusive rights infringed by Defendant, as alleged hereunder, for certain copyrighted motion pictures, including, but not limited to, *Meet The Fockers* and *Hide and Seek* (collectively, the "Copyrighted Motion Pictures"). Each of the Copyrighted Motion Pictures is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. True and correct copies of these Certificates of Copyright Registration are attached hereto as Exhibit A.

10. Each of the Copyrighted Motion Pictures contains a copyright notice advising the viewer that the motion picture is protected by the copyright laws.

11. The Plaintiffs are informed and believe that Defendant, without the permission or consent of the Plaintiffs, has used, and continues to use, iMesh, an online media distribution system to distribute to the public, including by making available for distribution to others, on or about June 8, 2005 the Copyrighted Motion Pictures. In doing so, Defendant has violated the Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of the Plaintiffs' exclusive rights protected under the Copyright Act of 1976 (17 U.S.C. § 101 *et seq.*).

12. The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of the Plaintiffs.

13. As a result of Defendant's infringement of the Plaintiffs' exclusive rights under copyright, the Plaintiffs are entitled to relief pursuant to 17 U.S.C. § 504, and to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

14. Defendant's conduct is causing, and unless enjoined and restrained by this Court will continue to cause, the Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. The Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing the Plaintiffs' copyrights and ordering that Defendant destroy all copies of the Copyrighted Motion Pictures made in violation of the Plaintiffs' copyrights.

WHEREFORE, the Plaintiffs pray for judgment against Defendant as follows:

1. For entry of preliminary and permanent injunctions providing Defendant shall be enjoined from directly or indirectly infringing the Plaintiffs' rights in the Copyrighted Motion Pictures and any motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiffs ("the Plaintiffs' Motion Pictures"), including without limitation by using the Internet to reproduce or copy any of the Plaintiffs' Motion Pictures, to distribute any of the Plaintiffs' Motion Pictures, or to make any of the Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of the Plaintiffs. Defendant also shall destroy all copies of the Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without the Plaintiffs' authorization and shall destroy all copies of those downloaded motion pictures transferred onto any physical medium or device in Defendant's possession, custody, or control.

2. For actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of the Plaintiffs.

3. For the Plaintiffs' costs.

4. For the Plaintiffs' reasonable attorneys' fees.

5.  For such other and further relief as the Court deems proper.

Dated: New York, New York  
January 2, 2008

Attorneys for Plaintiffs

By: ___*/s/ Christina Monteiro*___  
Jonathan Zavin (JZ-1846)  
Christina S. Monteiro (CM-8395)  
LOEB & LOEB LLP  
345 Park Avenue  
New York, NY 10154-0037  
Telephone: (212) 407-4000  
Facsimile: (212) 407-4990

# EXHIBIT A

Case 7:08-cv-00010-WCC     Document 1     Filed 01/02/2008     Page 6 of 13

NOV-01-2006  13:30    REC & PROC DIV                    2027071899    P.02/03

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form CA
For Supplementary Registration

REGISTRATION NUMBER

PA 1-339-279

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

OCT 20, 2006

---

**A**

Title of Work ▼
MEET THE FOCKERS

Registration Number of the Basic Registration ▼
PA 1-255-423

Year of Basic Registration ▼
2005

Name(s) of Author(s) ▼
UNIVERSAL CITY STUDIOS LLLP and DREAMWORKS LLC

Name(s) of Copyright Claimant(s) ▼
UNIVERSAL CITY STUDIOS LLLP and DREAMWORKS LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4    Line Heading or Description  COPYRIGHT CLAIMANT(S) and TRANSFER

Incorrect Information as it Appears in Basic Registration ▼
UNIVERSAL CITY STUDIOS LLLP and DREAMWORKS LLC

Corrected Information ▼
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP and DREAMWORKS LLC

Explanation of Correction ▼
An incorrect affiliated corporate entity was inadvertently listed as one of the co-claimants.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____
Amplified Information and Explanation of Information ▼

```
FORM CA RECEIVED                         FORM CA

OCT 2 0 2006
FUNDS RECEIVED DATE

OCT 2 0 2006
EXAMINED BY          SB[signature]        FOR
                                          COPYRIGHT
CORRESPONDENCE □                          OFFICE
                                          USE
REFERENCE TO THIS REGISTRATION ADDED TO   ONLY
BASIC REGISTRATION       ☒ YES   □ NO
```

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
Continuation of  ☒ Part B  or  □ Part C

**D**

100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CALIFORNIA 91608

TRANSFER:
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP OBTAINED OWNERSHIP OF THE COPYRIGHT PURSUANT TO AN ASSIGNMENT FROM UNIVERSAL CITY STUDIOS LLLP.

Correspondence: Give name and address to which correspondence about this application should be sent.

**E**

Phone ( 818 ) 777-1800     Fax ( 818 ) 866-6338     Email pat.villalobos@nbcuni.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name  UNIVERSAL CITY STUDIOS LLLP
Account Number  DA 014982

Certification* I, the undersigned, hereby certify that I am the (Check only one)
□ author   □ owner of exclusive rights
□ other copyright claimant  ☒ duly authorized agent of  UNIVERSAL CITY STUDIOS LLLP

**F**

Typed or printed name ▼
PATRICIA VILLALOBOS                                  Date: OCTOBER 19, 2006

Handwritten signature (X) ▼
[signature]

**G**

Certificate will be mailed in window envelope to this address:
Name ▼  UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP
        ATTN: PATRICIA VILLALOBOS
Number/Street/Apt ▼
        100 UNIVERSAL CITY PLAZA, 1280/06
City/State/ZIP ▼
        UNIVERSAL CITY, CA 91608

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-256-834

EFFECTIVE DATE OF REGISTRATION

Month JAN Day 28 Year 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
HIDE AND SEEK

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
FEATURE MOTION PICTURE (030416)

**2 a** NAME OF AUTHOR ▼
MBC Beteiligungs GmbH & Co Filmproduktions-KG

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in GERMANY

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month 1  Day 7  Year 2005
UNITED STATES  Nation

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Twentieth Century Fox Film Corporation
PO Box 900
Beverly Hills CA 90213

APPLICATION RECEIVED
JAN 21 2005
ONE DEPOSIT RECEIVED
(6).35mm/L
TWO DEPOSITS RECEIVED
JAN 28 2005
FUNDS RECEIVED

TRANSFER  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By assignment

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8
DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5 PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: Previous Registration Number ▼  Year of Registration ▼
See below                                                  2004

**6a DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
Feature screenplay entitled HIDE AND SEEK (PAu 2-828 541)  music

**6b Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
All other cinematographic material

**7a DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                  Account Number ▼
Twentieth Century Fox Film Corporation   DA011185

**7b CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Mary McGuire 2121/731
Fox Group Legal  P O Box 900
Beverly Hills  CA 90213

Area code and daytime telephone number  (310) 369 5159   Fax number  (310) 369 2382
Email  CR@Fox.com

**8 CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Twentieth Century Fox Film Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date
Mary McGuire                                                         Date  27 Jan 2005

Handwritten signature (X) ▼
X  Mary McGuire

**9 Certificate will be mailed in window envelope to this address**
Name ▼  Fox Group Legal
         Attn  Mary McGuire (Bldg  2121  Room 731)
Number/Street/Apt ▼
         P O Box 900
City/State/ZIP ▼
         Beverly Hills  CA 90213

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA

Form PA / CON
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 1-256-834

EFFECTIVE DATE OF REGISTRATION

(Month) JAN (Day) 28 (Year) 2005
CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE: (Give the title as given under the heading Title of this Work in Space 1 of the basic form)
  HIDE AND SEEK

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)
  Twentieth Century Fox Film Corporation
  P O Box 900  Beverly Hills CA 90213

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

| CONTINUATION OF (Check which) | ☐ Space 1 | ☒ Space 4 | ☐ Space 6 | |
|---|---|---|---|---|

MBC Beteiligungs GmbH & Co Filmproduktions KG
Reichenbachstrasse 33
80469

**C**
Continuation
of other
Spaces

---

| Certificate will be mailed in window envelope to this address | Name ▼ Fox Group Legal<br>  Attn Mary McGuire (Bldg 2121 Room 731)<br>Number/Street/Apt ▼<br>  P O Box 900<br>City/State/ZIP ▼<br>  Beverly Hills  CA  90213 | [illegible boxed text] | **D** |
|---|---|---|---|