Jonathan Zavin (JZ-1846)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, a Delaware limited liability limited
partnership; and TWENTIETH CENTURY FOX
FILM CORPORATION, a Delaware corporation,

    Plaintiffs,

-against-

GIL SANABRIA, an individual,

    Defendant.

---

JUDGE CONNER

Civil Action No.: 08 CV 0010

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP is wholly and indirectly owned by NBC Universal, Inc. NBC Universal, Inc. is owned by General Electric Company, a publicly traded U.S. corporation, and Vivendi Universal S.A., a publicly held French company.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. Corporation.

Dated: New York, New York
January 2, 2008

Attorneys for Plaintiffs

By: *[signature]*
Jonathan Zavin (JZ-1846)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

2