AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|
| DOCKET NO.<br>08 CV 00010 | DATE FILED<br>1/2/08 | Southern District of New York<br>White Plains Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |

| PLAINTIFF<br>UNIVERSAL CITY STUDIOS PRODUCTIONS; and TWENTIETH CENTURY FOX | DEFENDANT<br>Gil Sanabria |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment    Answer    Cross Bill    Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order    Judgment | WRITTEN OPINION ATTACHED<br>Yes    No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

**Exhibit A**

**GIL SANABRIA**

| COPYRIGHT OWNER | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation (1%) and MBC Beteiligungs GmbH & Co. | Hide and Seek | PA 1-256-834 |
| Universal City Studios LLLP/Dreamworks LLC | Meet The Fockers | PA 1-255-623 |