UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP

Plaintiff(s), Petitioner(s)

against

GIL SANABRIA, et al.,

Defendant(s), Respondent(s)

INDEX NO.: 08/CV/0010

DATE OF FILING: January 2, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**TOMASHA L THOMAS-WHITE** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **January 4, 2008** at **9:35 AM** at **504 Upper Avenue, Newburg, NY 12550**, deponent served the within **Summons in a Civil Case, Complaint for Copyright Infringement, Rule 7.1 Disclosure Statement, Report on the Filing or Determination of An Action or Appeal Regarding a Copyright, and Judges Individual Rules** on **GIL SANABRIA**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **GIL SANABRIA** personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Brown** Age(Approx): **25-35** Height(Approx): **5' 8"** Weight(Approx): **170-180 lbs** Other: **Beard/ Mustache**

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Friday, January 4, 2008

_____
Tina Marie Tomlins
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 20__

_____
TOMASHA L THOMAS-WHITE

**Rapid & Reliable Attorney Service, Inc.**
160 Broadway, Suite 603
New York, New York 10038
866-227-1877